**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Diana M. Mette                                    CHAPTER 13
                          Debtor(s)

                                                         BKY. NO. 22-11770 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-1 Asset Backed Notes and index same on the master mailing list.

    Respectfully submitted,



/s/ Rebecca Solarz
Rebecca Solarz
18 Jul 2022, 11:17:12, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322