**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: DIANA M. METTE         : BKY. NO. 22-11770
                                            : CHAPTER 13

**CERTIFICATE OF SERVICE**

       I, Donald Williford, Esquire, hereby certify that a copy of the foregoing Plan was mailed by first class mail to creditors on claims register and was sent via email to the following:

Office of the U.S. Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Chapter 13 Trustee
Kenneth E. West, Esquire
P.O. Box 40837
Philadelphia, PA 19107

                                                  Respectfully submitted,

Date: 07/20/2022                       *Don Williford*
                                                  Donald Williford, Esquire
                                                  Attorney I.D. #50130
                                                  114 Radcliffe Street
                                                  Bristol, PA 19007
                                                  (215) 785-3241
                                                  don.williford@comcast.net