**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: DIANA M. METTE  : BKY. NO. 22-11770
: CHAPTER 13

**CERTIFICATE OF SERVICE**

I, Donald Williford, Esquire, hereby certify that a copy of the foregoing First Amended Plan was mailed by first class mail to creditors on claims register and was sent via email to the following:

Office of the U.S. Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Chapter 13 Trustee
Kenneth E. West, Esquire
P.O. Box 40837
Philadelphia, PA 19107

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: 08/03/2022 | *Don Williford* |
|  | Donald Williford, Esquire |
|  | Attorney I.D. #50130 |
|  | 114 Radcliffe Street |
|  | Bristol, PA 19007 |
|  | (215) 785-3241 |
|  | don.williford@comcast.net |