# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-11770-ELF

DIANA M. METTE

29 BALD CYPRESS LANE

LEVITTOWN, PA 19054

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DIANA M. METTE

29 BALD CYPRESS LANE

LEVITTOWN, PA 19054

Counsel for debtor(s), by electronic notice only.

DONALD WILLIFORD, ESQ
114 RADCLIFFE STREET

BRISTOL, PA 19007-

Date: 10/12/2022

/S/ Kenneth E. West
_____

Kenneth E. West, Esquire
Chapter 13 Standing Trustee