## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 22-11770-elf |
|    Diana M. Mette | : Chapter 13 |
|         Debtor | : |
| | : |
| United Asset Management, LLC | : |
|         Movant | : |
|     vs. | : |
| Diana M. Mette | : |
| Sherrie Erb (Non-Filing Co-Debtor) | |
| George E. Mette, Sr., (Non-Filing Co-Debtor) | |
|         Debtors/Respondent | : |
|     and | : |
| Kenneth E. West, Esquire | |
|         Trustee/Respondent | : |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

    United Asset Management, LLC has filed with the U.S. Bankruptcy Court a Motion for Relief from Stay regarding its rights it has under the mortgage or with respect to the property located at: 29 Bald Cypress Lane, Levittown, PA 19054.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with an attorney.)**

    1.    If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **02/16/2023,** you or your attorney must do <u>all</u> of the following things:

    (a)  **FILE AN ANSWER** explaining your position at:

> United States Bankruptcy Court
> 900 Market Street, Suite 400
> Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Court Clerk's Office for filing, you must mail is early enough so that it will be received on or before the date stated above; **and**

      (b) **MAIL A COPY** of the documents to the Movant's attorney:

Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Tel: (215) 855-9521
smcafferry@hoflawgroup.com

      2.    If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.    A **HEARING ON THE MOTION** is scheduled to be held before the Honorable Eric L. Frank on February 21, 2023 at 9:30am in Courtroom# 1, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 201, Philadelphia, PA 19107.

      4.    If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.    You may contact the Bankruptcy Court Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: 01/30/2023                                      /s/ Sarah K. McCaffery, Esquire
                                                             Sarah K. McCaffery, Esquire
                                                             Hladik, Onorato & Federman, LLP
                                                             Attorney I.D. # 311728
                                                             298 Wissahickon Avenue
                                                             North Wales, PA 19454
                                                             Phone 215-855-9521
                                                             Email: smccaffery@hoflawgroup.com