IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Diana M. Mette<br><br>Debtor(s) | Chapter 13<br><br>Bankruptcy Case: 22-11770-elf |

## CERTIFICATE OF NO RESPONSE

I, Daniel P. Jones, attorney for Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-1 Asset Backed Notes C/O Select Portfolio Servicing, Inc., hereby certify that a true and correct copy of the Motion for Relief from the Automatic Stay was sent to Debtor, counsel for the Debtor, and the Trustee, as evidenced by the Certificate of Service already of record.

In accordance with the Notice of Hearing with Response Deadline, Debtor was directed to file an answer to Movant's Motion for Relief from the Automatic Stay with the Clerk of the United States Bankruptcy Court and receipt thereof and serve said answer on said Movant and its counsel by January 31, 2023. Upon review of the docket, no answer has been filed. Accordingly, Movant is entitled to the relief requested.

STERN & EISENBERG, PC

By: /s/Daniel P. Jones
Daniel P. Jones, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Facsimile: (215) 572-5025
Bar Number: 321876
djones@sterneisenberg.com
Counsel for Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
Diana M. Mette

      Debtor(s)

Chapter 13

Bankruptcy Case: 22-11770-elf

## CERTIFICATE OF SERVICE OF CERTIFICATE OF NO RESPONSE

    I, Daniel P. Jones, Esquire, hereby certify that a true and correct copy of the within Certificate of No Response, together with this Certificate, was sent to the Debtor, counsel for the Debtor, and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on February 7, 2023 via First Class Mail.

Donald Williford
114 Radcliffe Street
Bristol, PA 19007
don.williford@comcast.net
**Counsel for Debtor**

Kenneth E. West
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com
**Bankruptcy Trustee**

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 300
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Diana M. Mette
29 Bald Cypress Lane
Levittown, PA 19054
**Debtor(s)**

    STERN & EISENBERG, PC
    By: /s/Daniel P. Jones
    Daniel P. Jones, Esquire
    Stern & Eisenberg, PC
    Bar Number: 321876
    djones@sterneisenberg.com
    Counsel for Movant