**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    Chapter 13
DIANA M. METTE


                    Debtor               Bankruptcy No. 22-11770-ELF

# ORDER

    AND NOW, this \_\_\_\_8th\_\_\_\_ day of \_\_\_\_February\_\_\_\_, 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

                                               Honorable Eric L. Frank
                                               Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
DONALD WILLIFORD, ESQ
114 RADCLIFFE STREET

BRISTOL, PA 19007-


Debtor:
DIANA M. METTE

29 BALD CYPRESS LANE

LEVITTOWN, PA 19054