# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>    DIANA M. METTE<br>        Debtor(s)<br>SELECT PORTFOLIO SERVICING, INC. AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2006-1 ASSET BACKED NOTES<br>        Movant<br>v.<br>DIANA M. METTE<br>        Debtor(s)<br>SHERRIE ERB<br>GEORGE E. METTE, SR.<br>        Co-Debtor<br>KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 22-11770-elf |

## ORDER

AND NOW, this ___8th___ day of ___February___, 2022, upon the motion of Select Portfolio Servicing, Inc., as servicer for Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-1 Asset Backed Notes, and upon the failure of Debtor to file an Answer or otherwise plead, it is **ORDERED** that Movant, Select Portfolio Servicing, Inc., as servicer for Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-1 Asset Backed Notes (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all *in rem* rights Movant has under state and federal law concerning the Property (the "Property"):  29 BALD CYPRESS LANE, LEVITTOWN, PA 19054.

It is further **ORDERED and DECREED** that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

 

                                                     **ERIC L. FRANK**
                                                   **U.S. BANKRUPTCY JUDGE**