United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Diana M. Mette  
    Debtor

Case No. 22-11770-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 08, 2023      Form ID: pdf900      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diana M. Mette, 29 Bald Cypress Lane, Levittown, PA 19054-2801 |
| cr | + | Deutsche Bank National Trust Company, as Indenture, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14703939 | | 1st Crd Srvc, 377 Hoes Ln, Piscataway, NJ 08854-4138 |
| 14706389 | + | Deutsche Bank National Trust Company, c/o Rebecca Solarz, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14704826 | + | Deutsche Bank National Trust Company, c/o Steven K. Eisenberg, Esquire, 1581 Main Street, Suit 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14725030 | | Deutsche Bank National Trust Company, c/o Richard J. Nalbandian, Two Liberty Place, 22nd Floor, Philadelphia PA 19102 |
| 14738081 | + | United Asset Management, LLC, c/o Madison Management Services, LLC, 4600 Kietzke Lane, Ste K-225, Reno NV 89502-5017 |
| 14718199 | + | United Asset Management, LLC, c/o FCI Lender Services, Inc., PO Box 28720, Anaheim, CA 92809-0157 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 08 2023 23:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2023 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 09 2023 00:03:34 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14705559 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 09 2023 00:03:34 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14703940 | | Email/Text: convergent@ebn.phinsolutions.com | Feb 08 2023 23:59:00 | Convergent Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 14703941 | + | Email/Text: convergent@ebn.phinsolutions.com | Feb 08 2023 23:59:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, 800 SW 39th St Ste 100, Renton, WA 98057-4927 |
| 14703942 | | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 08 2023 23:59:00 | Credit Collection Serv, PO Box 607, Norwood, MA 02062-0607 |
| 14703943 | | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 08 2023 23:59:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14706101 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 08 2023 23:59:00 | Deutsche Bank National Trust Company, et al, c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14710605 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 09 2023 00:03:40 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14703944 | | Email/Text: ECF@fayservicing.com | | |

Case 22-11770-elf    Doc 57    Filed 02/10/23    Entered 02/11/23 00:33:19    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 08, 2023 | Form ID: pdf900 | Total Noticed: 32 |

| | | | |
|---|---|---|---|
| | | Feb 08 2023 23:58:00 | Fay Servicing LLC, Attn: Bankruptcy Dept, PO Box 809441, Chicago, IL 60680-9441 |
| 14703945 | + Email/Text: ECF@fayservicing.com | Feb 08 2023 23:58:00 | Fay Servicing LLC, 1601 Lyndon B Johnson Fwy, Farmers Branch, TX 75234-6512 |
| 14703946 | ^ MEBN | Feb 08 2023 23:56:07 | First Credit Services, Attn: Bankruptcy, PO Box 55, Piscataway, NJ 08855-0055 |
| 14703947 | Email/Text: Bankruptcy@ICSystem.com | Feb 08 2023 23:58:00 | I C System, Attn: Bankruptcy, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 14703948 | Email/Text: Bankruptcy@ICSystem.com | Feb 08 2023 23:58:00 | I.C. System, Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14703949 | Email/Text: Bankruptcy@ICSystem.com | Feb 08 2023 23:58:00 | Ic Systems, Inc, Attn: Bankruptcy, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14708471 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2023 00:03:40 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14703950 | Email/Text: cs@securitycreditservicesllc.com | Feb 08 2023 23:58:00 | Security Credit Servic, 306 Enterprise Dr, Oxford, MS 38655-2762 |
| 14703951 | Email/Text: cs@securitycreditservicesllc.com | Feb 08 2023 23:58:00 | Security Credit Services, Attn: Bankruptcy, PO Box 1156, Oxford, MS 38655-1156 |
| 14703952 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 08 2023 23:59:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14703953 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 08 2023 23:59:00 | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 14703954 | Email/Text: bncmail@w-legal.com | Feb 08 2023 23:58:00 | Target, c/o Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 14703955 | Email/Text: bncmail@w-legal.com | Feb 08 2023 23:58:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 14719327 | + Email/PDF: ebn_ais@aisinfo.com | Feb 09 2023 00:03:34 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2023        Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2023 at the address(es) listed**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 08, 2023 | Form ID: pdf900 | Total Noticed: 32 |

below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-1 Asset Backed Notes c/o Select Portfolio Servicing, Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DANIEL P. JONES | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-1 Asset Backed Notes c/o Select Portfolio Servicing, Inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DONALD WILLIFORD | on behalf of Debtor Diana M. Mette don.williford@comcast.net donwilliford@comcast.net;G4082@notify.cincompass.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| RICHARD JOSEPH NALBANDIAN | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-1 Asset Backed Notes c/o Select Portfolio Servicing, Inc. rnalbandian@eckertseamans.com, pkellogg@eckertseamans.com |
| SARAH K. MCCAFFERY | on behalf of Creditor United Asset Management LLC c/o Madison Management Services, LLC ckohn@hoflawgroup.com |
| STEVEN K. EISENBERG | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-1 Asset Backed Notes c/o Select Portfolio Servicing, Inc. seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:　　　　　　　　　　　　　Chapter 13
DIANA M. METTE

　　　　　　Debtor　　　　　　Bankruptcy No. 22-11770-ELF

## ORDER

AND NOW, this ___8th___ day of ___February___, 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Eric L. Frank
　　　　　　　　　　　　　　　　　　　　Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
DONALD WILLIFORD, ESQ
114 RADCLIFFE STREET

BRISTOL, PA 19007-

Debtor:
DIANA M. METTE

29 BALD CYPRESS LANE

LEVITTOWN, PA 19054